JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     INDICTMENT

    - v. -                        :     11 Cr.
ANGELA HAMBLIN,

        Defendant.            :     **11 CRIM 128**

- - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

On or about September 16, 2009, and continuing thereafter, in the Southern District of New York and elsewhere, ANGELA HAMBLIN, the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment for a term of 15 years or more, unlawfully, willfully, and knowingly did fail to surrender for service of sentence pursuant to a court order, to wit, on or about September 16, 2009, HAMBLIN failed to surrender for service of sentence pursuant to the Order of Chief Judge Loretta A. Preska, dated July 14, 2009, in the matter of *United States v. Hamblin*, 07 Cr. 1191, or at any time thereafter.

(Title 18, United States Code,
Sections 3146(a)(2) and (b)(1)(A)(i).)

_____          _____
FOREPERSON                          PREET BHARARA
                                    United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 14 2011

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

**ANGELA HAMBLIN**

Defendant.

## INDICTMENT

11 Cr.

(18 U.S.C. §§ 3146(a)(2) & (b)(1)(A)(i).)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

2/14/11 MB  Indictment Filed. Case assigned to Judge Koetl for all purposes... Ronald Eillis, USMJ.

2